168 So.2d 626

**Henry Ford SWICEGOOD**

v.

**STATE.**

**6 Div. 64.**

Supreme Court of Alabama.

Feb. 13, 1964.

Rehearing Denied Nov. 19, 1964.

Roger F. Rice, Birmingham, for petitioner.

Richmond M. Flowers, Atty. Gen., and David W. Clark, Asst. Atty. Gen., opposed.

LIVINGSTON, Chief Justice.

Petition for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Swicegood v. State of Alabama, 168 So.2d 624.

Writ denied.

GOODWYN and COLEMAN, JJ., concur.

LAWSON, Justice (concurring specially).

Petitioner did not complain in the Court of Appeals of the action of the trial court in reducing in a coram nobis proceeding the sentence originally imposed. Hence, our denial of the writ must not be understood as a recognition by this court of the principle that coram nobis lies to correct a sentence improperly imposed. That question will be treated when it is properly before us.

I find no merit in the contentions made by petitioner for reversal of the judgment of the Court of Appeals and hence concur in the action of the court in denying the writ.

171 So.2d 85

**Joe Ann THOMAS**

v.

**CITY OF BIRMINGHAM.**

**6 Div. 159.**

Supreme Court of Alabama.

Jan. 21, 1965.

Arthur Shores and Orzell Billingsley, Jr., Birmingham, and Norman C. Amaker, New York City, for petitioner.

Wm. C. Walker, Birmingham, opposed.

MERRILL, Justice.

Petition of Joe Ann Thomas for certiorari to the Court of Appeals to review and revise the judgment and decision in Thomas v. City of Birmingham, 171 So.2d 84.

Writ denied.

LIVINGSTON, C. J., and SIMPSON and HARWOOD, JJ., concur.